ORIGINAL

1  FARAMARZ BIJAN KHOUNANI
   15731 Pasadena Ave., #44
2  Tustin, CA 92780
   (310)989-0096  Telephone
3

4  Debtor In Pro Per



FILED
FEB - 1 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

8  UNITED STATES BANKRUPTCY COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  SANTA ANA DIVISION

12  In re:                              )  Case No.: 8:15-bk14729-TA
                                        )
13  KHOUNANI, FARAMARZ BIJAN,           )  Chapter 7
                                        )
14           Debtor                     )  Adversary Proc. No.
                                        )
15  _____ )  **ANSWER TO COMPLAINT TO**
                                        )  **DETERMINE DISCHARGE-ABILITY OF**
16  PREMIER CAPITAL LLC,                )  **DEBT PURSUANT TO 11 USC SECTION**
                                        )  **523(a)(10)**
17           Plaintiff                  )
                                        )
18  v.                                  )
                                        )  (Hon. Theodore Albert)
19  FARAMARZ BIJAN KHOUNANI             )
                                        )
20                                      )
                                        )
21           Defendants.                )
                                        )
22  _____

---

**ANSWER**                                    Case No. 8:15-bk14729-TA

Debtor, FARAMARZ BIJAN KHOUNANI, an Individual who resides in Orange County, California, the Debtor in the above-entitled Chapter 7 Proceeding (the "Debtor") responds to each numbered paragraph of the complaint as follows:

### JURISDICTION AND VENUE

1. ADMIT.
2. ADMIT.
3. ADMIT.
4. ADMIT..
5. ADMIT.

### ALLEGATIONS COMMON TO ALL COUNTS

6. ADMIT.
7. ADMIT.
8. DENY. Debtor has no information or belief upon which to admit or deny this paragraph, therefore, DENIES the allegations of this paragraph.
9. DENY.
10. ADMIT.
11. ADMIT.
12. ADMIT.
13. ADMIT.
14. DENY.
15. DENY.
16. DENY.
17. DENY.
18. DENY.
19. DENY. Debtor has no information or belief upon which to admit or deny this paragraph, therefore, DENIES the allegations of this paragraph.
20. DENY. Debtor has no information or belief upon which to admit or deny this paragraph, therefore, DENIES the allegations of this paragraph.
21. DENY. Debtor has no information or belief upon which to admit or deny this

paragraph, therefore, DENIES the allegations of this paragraph.

22. ADMIT.

23. ADMIT.

24. ADMIT.

25. ADMIT.

26. ADMIT.

27. DENY.

### FIRST CLAIM FOR RELIEF

28. ADMIT.

29. DENY.

30. DENY. Debtor has no information or belief upon which to admit or deny this paragraph, therefore, DENIES the allegations of this paragraph.

31. DENY. Debtor has no information or belief upon which to admit or deny this paragraph, therefore, DENIES the allegations of this paragraph

32. DENY.

### PRAYER

WHEREFORE, Debtor respectfully requests:

1. An order of this Court declaring Plaintiff's debt be discharged; and,

2. That this Court grant Debtor such other and further relief as the Court deems just and proper.

DATED : Feb. 1, 2016  Respectfully submitted,

_____
Faramarz Bijan Khounani-Debtor

2

ANSWER                                           Case No. 8:15-bk14729

1  Case No.: 8:15-bk 14729-TA
   In Re Faramarz Bijan Khounani-CH 7
2  Premier v. Khounani
   Complaint for Nondischargeability of Debt
3

4                           **PROOF OF SERVICE**

5      I, Amir Hossein Tavakoli, declare as follows:

6      I am employed in Orange County, State of California. At the time of service I was at least 18 years
   of age and not a party to the within action;
7      My address is: 1102 Cypress Point Dr, Placentia CA 92870.

8      On February 1, 2016 I served the following document(s) described as:

9      **ANSWER TO COMPLAINT TO DETERMINE DISCHARGE-ABILITY OF DEBT
   PURSUANT TO 11 USC SECTION 523(a)(10)**
10
       **Served on:    Holly M. Walker Esq.**
11                     **Verus Law Group**

12

13  [ x ] BY FACSIMILE AT (310)306-7700

14
       Executed on February 1, 2016 at Santa Ana, California.
15
       I declare under the penalty of perjury under the laws of the State of California that the above is true
16  and correct.

17  _____
    Name:
18